SO ORDERED: November 18, 2015.



Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MYERS, BRIAN MICHAEL ) | CASE NO.: 14-00575-JJG-7A |
| MYERS, REBECCA JEAN ) | |
| ) | |
| Debtors ) | |
| ) | |

### ORDER ON TRUSTEE'S OMNIBUS OBJECTION TO CLAIMS

The Trustee's Omnibus Objection to Claims comes before the Court after notice. As to the claim(s) set out in this objection, no response was filed.

The Court now ORDERS that the claim(s) to which the Trustee objected will be treated as follows:

| Claimant | Claim # | Treatment |
|---|---|---|
| Castle Credit Corporation<br>8430 W. Bryn Mawr Ave. Ste 750<br>Chicago, IL  60631 | 2 | Amended claim filed and claim will be allowed for deficiency |
| United Consumer Financial Serv.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd, Suite 200<br>Tucson, AZ 85712 | 5 | Disallow – Secured by collateral; may amend deficiency |

###